**YERGEY DAYLOR ALLEBACH SCHEFFEY PICARDI**
**Gregory W. Philips, Esquire**
ID #87132
1129 E. High Street
P.O. Box 776
Pottstown, PA 19406
610-323-1400
610-323-4660(f)

**Attorney for Debtors**
**Gary & Margo Babel**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **GARY BABEL AND MARGO BABEL,** | : : : | Case No. 16-18400 |
| | Debtors | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Gregory W. Philips, Esquire, certify that a true and correct copy of Debtors' Response to Toyota Motor Credit Corporation's Motion to Obtain Relief from the Automatic Stay and Proposed Order was served on the following person(s):

Brian C. Nicholas, Esquire
Attorney for Toyota Motor Credit Corp.
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

William C. Miller
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Via: Electronic Mail on March 9, 2017

_3/9/17_
Date:

_____
Gregory W. Philips, Esquire
Attorney for Debtors
1129 East High Street, PO Box 776
Pottstown, PA 19464-0776
Telephone: 610-323-1400