YERGEY•DAYLOR•ALLEBACH•SCHEFFEY•PICARDI
By: Gregory W. Philips, Esquire
ID # 87132
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400
610-323-4660 (f)

Attorney for Debtors
Gary and Margo Babel

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :    Chapter 13
GARY BABEL & MARGO BABEL,               :
                                        :    Case No 16-18400-elf
            Debtors                     :

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors Gary and Margo Babel have filed an Application to Approve Real Estate Commission for The Barndt Agency for the sale of property located at 12 Cherry Street, East Greenville, Montgomery County, Pennsylvania.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on this motion, then on or before **March 29, 2017** you or your attorney must do all of the following:

    a.  File an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Clerk's Office
    900 Market Street, Suite 400
    Philadelphia, PA 19107

      b.      Mail a copy to the Movant's Attorney:

           Gregory W. Philips, Esquire
           Yergey Daylor Allebach Scheffey Picardi
           1129 E. High Street, PO Box 776
           Pottstown, PA 19464-0776

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **April 11, 2017** at **1:00 pm** (1300 hrs.) in Courtroom No. 1, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's Office(s) in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

3/15/17
Date:

*/s/ Gregory W. Philips*
Gregory W. Philips, Esquire
Attorney for Debtors
Gary and Margo Babel
1129 High Street, PO Box 776
Pottstown, PA 19464-0776
Telephone: 610-323-1400