United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Babel  
Margo Babel  
    Debtors

Case No. 16-18400-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: May 03, 2017  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
db/jdb     +Gary Babel,  Margo Babel,  678 Butternut Court,  Red Hill, PA 18076-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:

    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    GREGORY W. PHILIPS    on behalf of Debtor Gary  Babel gwphilips@ydasp.com, philipslaw@comcast.net  
    GREGORY W. PHILIPS    on behalf of Realtor Linda A. Mertz gwphilips@ydasp.com, philipslaw@comcast.net  
    GREGORY W. PHILIPS    on behalf of Joint Debtor Margo  Babel gwphilips@ydasp.com, philipslaw@comcast.net  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gary Babel and Margo Babel
        Debtor(s)

Chapter: 13

Bankruptcy No: 16−18400−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 2, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                  Eric L. Frank
                                  Chief Judge ,
                                  United States Bankruptcy Court

                                                86
                                          Form 155