United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18400-elf
Gary Babel                                                              Chapter 13
Margo Babel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG            Page 1 of 1               Date Rcvd: Jun 14, 2017
                              Form ID: pdf900            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db/jdb         +Gary Babel,   Margo Babel,   678 Butternut Court,   Red Hill, PA 18076-1351
aty             Gregory W Philips,   Yergey Daylor Allebach Scheffey Picardi,   1129 E. High Street,   POB 776,
                 Pottstown, PA  19464-0776
r               Linda A. Mertz,   The Barndt Agency as Real Estate Broker,   ABR, e-Pro, GRI, SRES,
                 3084 Main Street,   P.O. Box 249,   Sumneytown, PA  18084-0249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:39
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2017 01:05:15      Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com,
           philipslaw@comcast.net
          GREGORY W. PHILIPS    on behalf of Realtor Linda A. Mertz gwphilips@ydasp.com,
           philipslaw@comcast.net
          GREGORY W. PHILIPS    on behalf of Joint Debtor Margo  Babel gwphilips@ydasp.com,
           philipslaw@comcast.net
          GREGORY W. PHILIPS    on behalf of Debtor Gary  Babel gwphilips@ydasp.com,   philipslaw@comcast.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9

UNITED STATES COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GARY BABEL AND,                : Case No. 16-18400-elf
       MARGO BABEL,                   :
                             Debtors  : Chapter 13

## ORDER

**AND NOW,** upon consideration of the Application for Compensation and Expenses file by the Debtors' Counsel (hereinafter the "Applicant") and upon the Applicant's certificate that proper service has been made on all interested parties and upon the Applicant's certification of no response;

It is hereby ORDERED that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$6,500.00**;

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$310.00**;

4. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507; 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $1,500.00 and the allowed expenses set forth in paragraph 3, less $310.00,** that was paid by Debtor's to the Applicant pre-petition.

6/14/17
_____
Date

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**