United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-18400-elf

Gary Babel  Chapter 13

Margo Babel

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Dec 27, 2021      Form ID: 138OBJ      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary Babel, Margo Babel, 678 Butternut Court, Red Hill, PA 18076-1351 |
| 13875334 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13832461 | +++ | Chase Card Services, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 13832465 | | Discover More Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 13832466 | + | Discover Personal Loans, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 13936784 | | Gregory W. Philips Esquire, Yergey Daylor Allebach Scheffey Picardi, 1129 E. High Street, POB 776, Pottstown, PA 19464-0776 |
| 13832470 | | Harleysville Savings Bank, 271 Main Street, Harleysville, PA 19438-2495 |
| 13832473 | | Keybank National Association, POB 94968, Cleveland, OH 44101-4968 |
| 13832476 | | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 13832478 | + | Rose Williams, Red Hills Estates, Inc., POB 60, Spinnerstown, PA 18968-0060 |
| 13832479 | + | Ryan L Babel, 446 Jefferson Street, East Greenville, PA 18041-1506 |
| 13832481 | | Synchron Bank/QVC Qcard, POB 965020, Orlando, FL 32896-5020 |
| 13832483 | + | TD Bank USA/Target Credit Card, Target Credit Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 13832484 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409-9786 |
| 13841085 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13870116 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13832486 | | Wells Fargo Financial National Bank, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 28 2021 02:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 02:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 28 2021 02:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13832457 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:52:00 | Ally Financial, Ally Bank Customer Care, PO Box 951, Horsham, PA 19044-0951 |
| 13837595 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:52:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13832458 | + | Email/Text: office@egreenville.org | Dec 28 2021 02:52:00 | Borough of East Greenville, 206 Main Street, East Greenville, PA 18041-1405 |
| 13832459 | | Email/Text: cms-bk@cms-collect.com | Dec 28 2021 02:52:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13832460 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 03:01:46 | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13875334 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2021 03:01:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13832462 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 03:01:51 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13832463 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:52:00 | Comenity Bank/Bon Ton, Customer Service, PO Box 182273, Columbus, OH 43218-2273 |
| 13832464 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:52:00 | Discover Financial Services, Customer Service - General Inquiries, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 13838184 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13843224 | + | Email/Text: dplbk@discover.com | Dec 28 2021 02:52:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 13832468 | | Email/Text: fnb.bk@fnfg.com | Dec 28 2021 02:52:00 | First Niagara Financial Group., Customer Contact Group, PO Box 514, 6950 S. Transit Road, Lockport, NY 14095-0514 |
| 13832471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 03:01:51 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13832472 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 02:52:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 13841542 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 28 2021 02:52:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 13832474 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2021 02:52:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 13871474 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 03:01:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13832475 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 03:01:46 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 13881424 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:52:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13903028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 03:01:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13857948 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13837259 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 28 2021 03:01:48 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13832477 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 28 2021 03:01:48 | Regional Acceptance Corporation, PO Box 830913, Birmingham, AL 35283-0913 |
| 13832480 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 03:01:48 | Sears Mastercard, Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 13832482 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 03:01:46 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 13881453 | + | Email/Text: bncmail@w-legal.com | Dec 28 2021 02:52:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13832484 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 28 2021 02:52:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409-9786 |
| 13833953 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 02:52:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 138OBJ | Total Noticed: 48 |

| 13832467 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Dec 28 2021 02:52:00 | Elan, Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 13832485 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 28 2021 03:01:50 | Walmart Mastercard/Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13832469 | *P++ | FIRST NIAGARA BANK, PO BOX 514, LOCKPORT NY 14095-0514, address filed with court:, First Niagara Financial Group., Customer Contact Group, PO Box 514, 6950 S. Transit Road, Lockport, NY 14095-0514 |
| 13836343 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Card Services, POB 15548, Wilmington, DE 19886-5548 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GREGORY W. PHILIPS | on behalf of Attorney Gregory W Philips gwphilips@ydasp.com philipslaw@comcast.net |
| GREGORY W. PHILIPS | on behalf of Realtor Linda A. Mertz gwphilips@ydasp.com philipslaw@comcast.net |
| GREGORY W. PHILIPS | on behalf of Joint Debtor Margo Babel gwphilips@ydasp.com philipslaw@comcast.net |
| GREGORY W. PHILIPS | on behalf of Debtor Gary Babel gwphilips@ydasp.com philipslaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2  User: admin  Page 4 of 4
Date Rcvd: Dec 27, 2021  Form ID: 138OBJ  Total Noticed: 48
TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Gary Babel and Margo Babel
        Debtor(s)

Case No: 16−18400−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/27/21