United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18400-elf |
| Gary Babel | Chapter 13 |
| Margo Babel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: 195 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary Babel, Margo Babel, 678 Butternut Court, Red Hill, PA 18076-1351 |
| aty | | Gregory W Philips, Yergey Daylor Allebach Scheffey Picardi, 1129 E. High Street, POB 776, Pottstown, PA 19464-0776 |
| r | | Linda A. Mertz, The Barndt Agency as Real Estate Broker, ABR, e-Pro, GRI, SRES, 3084 Main Street, P.O. Box 249 Sumneytown, PA 18084-0249 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Apr 19 2022 23:50:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GREGORY W. PHILIPS | on behalf of Realtor Linda A. Mertz gwphilips@ydasp.com philipslaw@comcast.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: 195 | Total Noticed: 4 |

GREGORY W. PHILIPS
    on behalf of Joint Debtor Margo Babel gwphilips@ydasp.com philipslaw@comcast.net

GREGORY W. PHILIPS
    on behalf of Debtor Gary Babel gwphilips@ydasp.com philipslaw@comcast.net

GREGORY W. PHILIPS
    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com philipslaw@comcast.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Gary Babel and Margo Babel | : Case No. 16−18400−elf |
| Debtor(s) | |

***ORDER***
_____

AND NOW, this day , April 19, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

109
Form 195